People v Brewer (2026 NY Slip Op 01710)

People v Brewer

2026 NY Slip Op 01710

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026

PRESENT: LINDLEY, J.P., BANNISTER, SMITH, NOWAK, AND DELCONTE, JJ. (Filed Mar. 20, 2026.) 

MOTION NO. (607/08) KA 05-01064.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
vJARROD A. BREWER, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.